JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICV INTERNATIONAL HOLDING LIMITED, a Hong Kong Corporation,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>N&J USA INC., a California Corporation,<br><br>　　　　　Respondent. | Case No. 5:24-cv-01720-SSS-SHKx<br><br>JUDGMENT |

Pursuant to this Court's Order Confirming Arbitration Award, the Court enters Judgment as follows:

It is hereby **ADJUDGED**, **ORDERED**, and **DECREED THAT**:

1. Pursuant to 9 U.S.C. § 201 et seq., the Arbitral Award, issued on July 31, 2023, in the arbitration between ChicV International Holding Limited, Claimant and N&J USA Inc., Respondent, (2022) SGZSWC No. 2012, is hereby **CONFIRMED** in favor of Petitioner ChicV International Holding Limited.

2. In conformity with the confirmed Arbitral Award and the Court's Order Granting Petition to Confirm Arbitral Award and for Entry of Judgment, judgment is entered in favor of Petitioner ChicV International Holding Limited and against Respondent N&J USA Inc., in the sum of $1,554,983.29, with additional interest of $123.07 per day from August 13, 2024, until full payment is made.

DATED: December 18, 2024

_____
SUNSHINE S. SYKES
United States District Judge